UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY INIGUEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DISH NETWORK, L.L.C. and DOES 1 through 10, inclusive, and each of them,<br><br>　　　　　　Defendant. | Case No. 2:12-CV-02354 JAM-AC<br><br><br><br><br><br><br><br><br><br>RELATED CASE ORDER |
| NANCY INIGUEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE CBE GROUP, INC.,<br><br>　　　　　　Defendant. | <br><br><br><br>Case No. 2:13-CV-00843 GEB-CKD |

　　　Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005).  Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:13-CV-00843 GEB-CKD be reassigned to Judge John A. Mendez and Magistrate Judge Allison Claire for all further proceedings, and any dates currently set in this reassigned case <u>only</u> are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:13-CV-00843 JAM-AC.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  June 4, 2013            /s/ John A. Mendez_____
                                JOHN A. MENDEZ
                                United States District Court Judge